RECEIVED

JUL *(Rev. 5/17/15)* 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
~~XXXXXXXXXXXX~~ DIVISION

ALEXANDRIA DIVISION

Robert Paul Taylor
_____
Plaintiff

Civil Action No. ___1:17-cv-0882___ SEC. P

Prisoner # _167070_

La Salle Management Company of Ruston, LA.
DBA/ Lasalle Corrections / Winn Correctional Center
_____ VS.
Defendant    Etal.,

Judge _____

Magistrate Judge _____

## COMPLAINT
### PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I.    **Previous Lawsuits**

   a.    Have you begun any other lawsuit while incarcerated or detained in any facility?

   Yes [✓]    No [ ]

   b.    If your answer to the preceding question is "Yes," provide the following information.

   1.    State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

   United States District Court - Eastern district of Louisiana Section-C-3 - D.J. Helen Berrigan / M.J. Daniel E. Knowles, III.

   2.    Name the parties to the previous lawsuit(s):

   Plaintiffs: Robert Paul Taylor

   Defendants: New Orleans Police Department -

   3.    Docket number(s): 14-1972

   4.    Date(s) on which each lawsuit was filed: thereafter 8/25/2013

   5.    Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

   NOPD - Offer of Judgment accepted by Plaintiff M on 6/7/2016 Settlement

(Rev. 5/1/13)

c.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes [ ]    No [✓]

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

I was unrepresented and in Case 14-1972 - I survived the MoTD on 12/21/2014 - filing a FRCP-Rule 12 (b)(6) and later on 9/21/2015 an attempt to dismiss pursuant to 28 U.S.C. § 1915 (e)(2) (B)(i) or alternatively Summary Judgment - was Denied Again on 11/23/2015.

II.   a.  Name of institution and address of current place of confinement:

Raymond Laborde Correctional Center

b.  Is there a prison grievance procedure in this institution?

Yes [✓]    No [ ]

1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes [✓]    No [ ]

2.  If you did not file an administrative grievance, explain why you have not done so.

I've filed at Lasalle Corrections / Winn Correctional Center and exhausted all my remedies

3.  If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

R. Taylor is still incarcerated and unable to copy ARP-files but will provide these promptly - Step I, IV to IV. And Complaint to Medical Examiner Record;

Attach a copy of each prison response and/or decision rendered in the administrative proceeding. to be Attached As requested by the Court;

III.  Parties to Current Lawsuit:

a.  Plaintiff,  Robert Paul Taylor    107070

Address  Raymond Laborde Correctional Center, 1630 Prison Road - Cottenport, La. 71327

Page 2 of 4

(Rev. 5/1/13)

b.   Defendant, Keith, Deville_____, is employed as
Head Warden_____ at Lasalle Corrections/Winn Correctional Center;
Defendant, Burton, Michot and Dr. Mark Singleton____, is employed as
Director of Treatment and physician____ at LaSalle Corrections/Winn Correctional Center;
Defendant, Daniel Marr and Ami Brunson_____, is employed as
former Custodian and Supervisor R.N.____ at LaSalle Corrections/Winn Correctional Center;
Additional defendants, LaSalle management Company of Ruston, LA. —
LaSalle Corrections/Winn Correctional Center and their Insurance. Carrier, respectively;

IV.   **Statement of Claim**

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.** R.E. Taylor, a state prisoner, filing this pro se federal Civil rights Complaint pursuant to 42 U.S.C. §1983 naming identified parties Whose Acts were deliberate, whose inaction(s) were reckless and "Ongoing" pattern or practice of UnConstitutional Conduct with respect To particularly R.E. Taylor who was diagnosed by the same Specialist urologist Michelle Okin Johnson and Wahib Emil Isaac at U-Health in Shreveport where these parties sent me for Treatment but, decided because of budget Cuts and expenditures they would stop all regimine of need prescribed medication(s); Stop all necessary trip's for follow-up Care, where I was being monitored for five-years by physicians as A result of mass swelling of ruptured epididymis and punctured scrotum. . . . I opposed all their Actions And InActions Amp they Continued to deny me Any treatment; medication(s)- follow-up trips And I am asserting and alleging they violated my Constitutional rights as I seek redress from governmental entity or officers or employees of a governmental entity pursuant to 28 U.S.C. § 1915 (A)(a)(b) as I rely on the Honorable Court to determine if I may have Cognizable claims.

they had a statutory duty and did not adhere to that duty; (See) Conclusory
(See) original Complaint by R.

(Rev. 5/1/13)

## V.    Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

It is my Contention that these Parties have been largely indifferent to widespread violation(s) of law and policy by it's employees At LaSalle Corrections/Capian Correctional Cntr. And they are "systemic" abusers of Constitutional practices that lead to Constitutional violation(s), particularly to R. Taylor And they be held Accountable As I redress my Constitutional violations in this Honorable Court, seeking A trial by Bench

## VI.    Plaintiff's Declaration

a.    I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.    I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.    If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this  5th.  day of  July  , 20 17 .

107070

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

**Signature of Plaintiff**