**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

ROBERT PAUL TAYLOR #107070                    CASE NO. 1:17-CV-00882 SEC P

VERSUS                                        CHIEF JUDGE DRELL

LASALLE MANAGEMENT CO ET AL                   MAGISTRATE JUDGE PEREZ-MONTES

**MEMORANDUM ORDER**

The application to proceed *in forma pauperis* having been considered,

IT IS ORDERED that petitioner be allowed to proceed *in forma pauperis* in this action.

IT IS ORDERED UNDER 28 U.S.C. § 1915(b) that the sum of **$ 8.58** be paid as an initial partial filing fee

and that this fee be forwarded to the **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083**,

by the Sheriff, Warden, or authorized prison official when funds exist in the inmate's prisoner account.

IT IS FURTHER ORDERED THAT, after payment of the initial filing fee, plaintiff is required to make

monthly payments of 20 percent of the preceding month's income credited to his account until the $350.00 filing fee

is fully paid to this Court.  The Sheriff, Warden, or authorized prison official shall forward such payment to the

**Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083**, EACH TIME the amount in the

inmate's account exceeds $10.00 until the balance of the $350.00 filing fee is paid in full.

IT IS ALSO ORDERED THAT, if plaintiff is transferred to another facility or released from custody, the

plaintiff shall notify the Court of his new facility or forwarding address.

THUS DONE in Chambers on this ___18th___ day of _____August_____, 2017.

_____
        Joseph H. L. Perez-Montes
        United States Magistrate Judge

cc Prison Accounts Officer - Raymond Laborde Correctional Center