U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 3 2018

TONY R. MOORE, CLERK
BY: _____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT PAUL TAYLOR, Plaintiff | CIVIL ACTION NO. 1:17-CV-00882 P |
| VERSUS | JUDGE DRELL |
| LASALLE MANAGEMENT CO., *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' Motions to Dismiss (Doc. 13) (Doc. 40) (Doc. 42) are DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 12th day of July, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT