UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT PAUL TAYLOR | * | |
| | * | CIVIL DOCKET |
| | * | |
| VERSUS | * | |
| | * | DOCKET: 1:17-CV-00882 |
| | * | |
| LASALLE MANAGEMENT CO ET AL | * | SEC: P |
| | * | |
| | * | JUDGE: DRELL |
| | * | |
| | * | MAGISTRATE: PM |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

Upon motion of Robert Taylor for the enrollment of Oliver Hadley and Oliver Hadley Law, L.L.C. as counsel of record;

**IT IS ORDERED** that Oliver Hadley and Oliver Hadley Law, L.L.C. be enrolled in the above captioned matter.

_____Alexandria_____, Louisiana, this __17th__ day of ___August_____ 2018.

_____
JUDGE

Respectfully submitted,

**The caption above is improper. Abbreviated names will not be used in future captions. Further, the title "Magistrate" or "Mag." no longer exists in the United States Courts, having been amended to "Magistrate Judge" in the Judicial Improvements Act of 1990, 104 Stat.5089, Pub. L. No. 101-650, §321 (1990), more than 28 years ago. All future captions will reflect the correct judges' names and titles, or will be stricken.**