**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ROBERT PAUL TAYLOR**                        **CIVIL ACTION NO. 1:17-CV-882 - P**
            **(#107070)**

                                              **JUDGE DRELL**

**V.**

                                              **MAGISTRATE JUDGE PEREZ-MONTES**

**LASALLE MANAGEMENT COMPANY,**
**ET AL**

**ORDER**

Considering the foregoing Motion for Extension of Time to File Responsive Pleadings:

**IT IS HEREBY ORDERED** that the defendants, Warden Keith Deville, Dr. Mark Singleton, Ami Brunson, and LaSalle Management Company, LLC wrongfully named as "LaSalle Management Company of Ruston, LA", responsive pleadings deadline be extended from August 27, 2018 until, Monday, September 10, 2018.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this ___28th___ day of August, 2018.

_____
HONORABLE JOSEPH PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

Page 1 of 1