UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

ROBERT PAUL TAYLOR        *

                                 *      CIVIL DOCKET

                                 *

VERSUS                       *

                                 *      DOCKET: 1:17-CV-00882

                                 *

LASALLE MANAGEMENT CO ET AL   *      SEC: P

                                 *

                                 *      JUDGE: DRELL

                                 *

                                 *      MAGISTRATE: PM

                                 *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon motion of Oliver Hadley on behalf of Robert Taylor;

**IT IS ORDERED** that the Plaintiff shall be granted an extension of time until

__18th__ day of _____January_____, 2019 to effect service or have serviced

waived on Burton Michet, Daniel Marr, and Wen Correctional.

**SIGNED,** __Alexandria_____, Louisiana, this __12th__ day of

__December____ 2018.

_____
JUDGE