**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ROBERT PAUL TAYLOR #107070**          **CASE NO.  1:17-CV-00882**

**VERSUS**                                               **JUDGE DRELL**

**LASALLE MANAGEMENT CO ET AL**     **MAGISTRATE JUDGE PEREZ-MONTES**

**MINUTES OF COURT:**
**Telephone Motion Hearing**

| | | |
|---|---|---|
| Date: | April 09, 2019 | Presiding: Magistrate Judge Joseph H. L. Perez-Montes |
| Court Opened: | 4:15 p.m. | Courtroom Deputy:  Yvonna Tice |
| Court Adjourned: | 5:18 p.m. | Court Reporter:  LCR |
| **Statistical Time:** | **1:03** | Courtroom:  3rd Floor Courtroom |

**APPEARANCES**

Robert Paul Taylor, Plaintiff
H Bradford Calvit                         For       Keith Deville, Defendant

**PROCEEDINGS**

**Case called for TELEPHONE MOTION HEARING, [87] Motion for Sanctions, held.**

**RULINGS/COMMENTS:**
The Motion for Sanctions [87] is **DENIED.**  Attorney Calvit to submit a Plan of Work.