UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ROBERT PAUL TAYLOR                                CIVIL ACTION NO. 1:17-CV-882 - P
                   (#107070)

                                                  JUDGE DRELL

V.

                                                  MAGISTRATE JUDGE PEREZ-MONTES

LASALLE MANAGEMENT COMPANY,
ET AL

## ORDER

Considering the Proposed Plan of Work submitted herein,

| | | |
|---|---|---|
| 1. | 05/30/19 | Date disclosures under Fed. R. Civ. P. 26(a) were made or will be made |
| 2. | 06/30/19 | Final date for adding insurance defendants |
| 3. | Expired | Final date for adding other parties |
| 4. | Unable to agree | Final date for filing amended pleadings |
| 5. | 08/01/19 | Deadline for completion of discovery |
| 6. | 09/01/19 | Final date for Plaintiff to employ and disclose experts |
| 7. | 09/15/19 | Final date for Defendants to employ and disclose experts |
| 8. | 10/01/19 | Final date for Plaintiff's disclosure of reports of experts |
| 9. | 10/30/19 | Final date for Defendants' disclosure of reports of experts |
| 10. | 12/15/19 | Final date for expert discovery |
| 11. | 01/15/20 | Final date for filing dispositive motions |

IT IS ORDERED that the Plan of Work be and is hereby accepted and shall become the

Scheduling Order in this case, subject to the following modifications:

_____

_____

It appearing to the Court that the provisions of the Plan of Work will be satisfied on the _____

day of _____ 2019;

IT IS FURTHER ORDERED that a pretrial conference be held in Chambers, on

_____May 21___, 2020, beginning at 11:15 A. M.

SIGNED on this __29th_ day of ____April_____, 2019, at Alexandria, Louisiana.

_____
**FOR THE COURT**