**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ROBERT PAUL TAYLOR #2491683** | **CASE NO.  1:17-CV-00882** |
| **VERSUS** | **JUDGE DRELL** |
| **LASALLE MANAGEMENT CO ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**MINUTES OF COURT:**
**Motion Hearing**

| | | | |
|---|---|---|---|
| Date: | October 08, 2019 | Presiding: | Magistrate Judge Joseph H. L. Perez-Montes |
| Court Opened: | 4:30 p.m. | Courtroom Deputy: | Yvonna Tice |
| Court Adjourned: | 5:20 p.m. | Court Reporter: | LCR |
| **Statistical Time:** | **00:50** | Courtroom: | 3rd Floor Courtroom |

**APPEARANCES**

| | | |
|---|---|---|
| Robert Paul Taylor, Plaintiff | | Pro Se by telephone |
| H Bradford Calvit, Eli Meaux | For | Keith Deville, Defendant, et al |

**PROCEEDINGS**

**Case called for MOTION HEARING on [Doc. 105 Motion to Compel and Doc. 110 Motion/Subpoena Duces Tecum], held.**

**RULINGS/COMMENTS:**

Motion/Subpoena Duces Tecum [Doc. 110], **DENIED AS MOOT**. The Motion to Compel [Doc. 105] is **DENIED IN PART for the reasons set forth on record**.  Defendants are further ordered to provide or supplement discovery responses to Doc. 105-1, Exh. C, and as otherwise specified on record, within 21 days.