## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

ROBERT PAUL TAYLOR                          CIVIL ACTION NO. 1:17-CV-882 - P
        (#2491683)

V.                                          JUDGE DRELL

LASALLE MANAGEMENT COMPANY,                 MAGISTRATE JUDGE PEREZ-MONTES
ET AL

### ORDER

Considering the foregoing motion;

IT IS HEREBY ORDERED that the MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY is GRANTED and that the October 29, 2019 deadline for responding to Plaintiff's discovery be upset and that the Defendants be given twenty-one (21) days, or until November 19, 2019, to respond to discovery.

THUS DONE AND SIGNED in Chambers, in Alexandria, Louisiana, this  28th day of  October   , 2019.

_____
UNITED STATES DISTRICT COURT JUDGE