UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ROBERT PAUL TAYLOR                    CIVIL ACTION NO. 1:17-CV-882 - P
          (#2491683)

V.                                    JUDGE DRELL

LASALLE MANAGEMENT COMPANY,          MAGISTRATE JUDGE PEREZ-MONTES
ET AL

### ORDER

Considering the foregoing motion;

IT IS HEREBY ORDERED that the MOTION FOR ENLARGEMENT OF TIME TO

RESPOND TO MOTION FOR EXTENSION OF TIME is GRANTED and that the deadline for

responding to Plaintiff's Motion for Extension of Time be upset and that the Defendants be given

twenty-one (21) days from the date of the Notice of Motion Setting, or until December 10, 2019, to

respond to Taylor's Motion for Extension of Time.

THUS DONE AND SIGNED in Chambers, in Alexandria, Louisiana, this  25th  day of

November  , 2019.

_____
UNITED STATES DISTRICT COURT JUDGE