U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN - 8 2020

TONY R. MOORE, CLERK
BY: _____
DEPUTY

Case No. 1:17-cv-882-DDD-JPM

United States District Court
Western District of Louisiana
(Alexandria Division)

Robert Paul Taylor, 2491683

Versus

Lasalle Management Company, LLC
ET Al

Civil Action No. 1:17-cv-882

Judge: Dee D. Drell

Magistrate Judge: J.H.L. Perez-Montes

## Plaintiff's Request for Authorization of Judicial Review
### Proposed ORDER

Plaintiff Robert Paul Taylor, filing Sur-Replies in Response to Opposition to Motion for Extension of time to Plead, Part I of II, thereof.

Whereas the Court has Considered on 10/8/2019 plaintiff's Motion to Compel where ORAL testimony By Counselor for the defendant and the plaintiff were Co-ordinated by the Honorable J.H.L. Perez-Montes

The Court FINDS that plaintiff has demonstrated that good-Cause exist and justice requires the GRANT of plaintiff's requesting for Authorization of Judicial Review.

Therefore, plaintiff's Proposed Order is GRANTED.

So ORDered, this ____ day of _____ 20____.

s/ _____
The Honorable Dee D. Drell