**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

ROBERT PAUL TAYLOR                    CIVIL ACTION NO. 1:17-CV-882 - P
         **(#2491683)**

V.                                    JUDGE DRELL

LASALLE MANAGEMENT COMPANY,           MAGISTRATE JUDGE PEREZ-MONTES
ET AL

**ORDER**

Considering the foregoing motion;

IT IS HEREBY ORDERED that the EXPEDITED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION IN LIMINE [DOC. 138] AND DISPOSITIVE MOTION [DOC. 140] is GRANTED and that Defendants be given an extension of fourteen (14) days, or until Wednesday, February 19, 2020, to file responsive pleadings to Taylor's Motion In Limine and fourteen (14) days, or until Monday, February 17, 2020, to file responsive pleadings to Taylor's Dispositive Motion.

THUS DONE AND SIGNED in Chambers, in Alexandria, Louisiana, this  4th  day of  February  , 2019.

_____
**UNITED STATES DISTRICT COURT JUDGE**