UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT PAUL TAYLOR,<br>Plaintiff | CIVIL ACTION NO. 1:17-CV-00882 |
| VERSUS | JUDGE DRELL. |
| LASALLE MANAGEMENT CO.,<br>*ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of timely objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Taylor's Motion to Amend (ECF No. 102) is DENIED.

IT IS FURTHER ORDERED that Taylor's Motion for Extension (ECF No. 119) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 11 day of March, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT