RECEIVED

MAR 1 1 2020

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

United States District Court
Western District of Louisiana
(Alexandria Division)

Robert Paul Taylor

    versus

Lasalle Management Company, LLC and, third parties,
Defendants' Insurer's, Et al

Civil Action No. 1:17-cv-882

Judge: Dee D. Drell

Magistrate, Judge: J.H.L. Perez-Montes

Reply, to Report and Recommendation, [Doc. No. 149]

NOW INTO COURT, comes plaintiff, Robert Paul Taylor who respectfully move the Honorable Court to determine whether Taylor who timely added insurance defendant's before 6/30/2019 which the Report and Recommendation verified. However, the plaintiff's review of [Doc. No. 149] was "uncertain" what steps to take and relied on the Orleans Public Defenders, Attorney Harrore, Gassary, 2601 Tulane Ave., Suite 700, New Orleans, Louisiana 70119 (Direct Dial 504-827-8175) office 504-827-8101 who visited Taylor three (3) times and maintains a Copy of the: three Insurance Companies and Doc. No. 149 but hasn't returned, yet. Taylor, Robert Paul claimant, Policy No. 71-A3-RL-000073-04 claim No. 10.151
71-A3-RL-00000 73-05 File No. 17-5810.103 invoked

1- Princeton Excess And Surplus Lines Insurance Company, Administration office: 555 College Road East, Princeton, N.J. 08543-5241 (800) 305-4954.

2- Hub International 3861 Ambassador Caffery Pkwy. Suite 550, Lafayette, LA. 70503

3- Mounts Claim Service, LLC 110 S. 3rd. Street, P.O. Box 350, Leesville, LA. 72496

    therefore,

-1-

the plantiff Ask the Court to Direct the Clerk to serve upon Taylor at his

Robert Paul Taylor, 2491683

last known address, 3000 Perdido Street - OJC2-1-E-1-18, New Orleans, LA. 70119

A Copy of the signed Order, three (3) Summons forms, and one (1) USM -285 forms

for each of the following Insurance defendants, listed addresses and names on page

one (1); Taylor must then furnish to the Honorable Clerk of Court, 515 Murray Street,

Alexandria, LA. 71301, within thirty (30) days after service of this ORDER :

But first, the Clerk Instruct Taylor on Local Rules of the United States District

Court - Western District of Louisiana - Advance Payment Required, (the clerk is not required to file any document or render any service for which a fee is legally Collectible unless the fee for the service is paid in advance).
Further,

Local Rules of the United States District Court - Western District of Louisiana - Deposit for Service, (upon deposit of sum sufficient to Cover the immediate Costs, except as provided by law, the Marshal is required to perform the service. The marshal may demand security in a reasonable amount for future Costs).

Unless, Taylor must use a Outside Court Server, hand deliver process Server, if applicable: please provide,
- One (1) Copy of the Complaint [Doc. No. 1]
- One (1) Copy of the Amended Complaint [Doc. No. 11]
- three (3) Completed summon SES; and
- one (1) Completed USM-285 FORM

-2-

for each Insurance defendant. After the foregoing documents have been furnished, the Clerk IS DIRECTED to serve each defendant Insurance Company through the United States Marshal Service, with a copy of the Complaint (Doc.1), the Copy of the Amended Complaint (Doc.11), the appropriate Summonses, and a Copy of this ORDER.

It IS ORDERED that Defendant's Insurance Company file a response to the Complaint (Doc.1) and the Amended Complaint (Doc.11) within twenty one (21) days after Service.

Respectfully Submitted,
Robert Paul Taylor 2491683

Certificate of Service

I certify that on this 29th day of February 2020, the plaintiff forwarding the foregoing Report and Recommendation reply, by United States mail, postage pre-paid, properly addressed to the following participant:

Provosty, Sadler & deLaunay, APC
mr. H. B. Cabit
934-Third Street, Suite 800
P.O. Box 13530
Alexandria, Louisiana 71315-3530

cc: Ret/File/SV./AWF
USDC-WD-LA.Clerk of Court / AB/EM/Sweat/Ryan Horvath/Tracy Ledoux