**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ROBERT PAUL TAYLOR**                           **CIVIL ACTION NO. 1:17-CV-882 - P**
                **(#2491683)**

**V.**                                                        **JUDGE DRELL**

**LASALLE MANAGEMENT COMPANY,**        **MAGISTRATE JUDGE PEREZ-MONTES**
**ET AL**

<u>**ORDER**</u>

Considering the foregoing motion;

IT IS HEREBY ORDERED that the EXPEDITED MOTION FOR ENLARGEMENT OF

TIME TO RESPOND TO PLAINTIFF'S REPRESENTATION TO THE COURT, REPORT 1,

REPORT 2, STATEMENT OF ISSUES PART 1, AND STATEMENT OF ISSUES PART 2 is

GRANTED and that Defendants be given an extension of fourteen (14) days, or until Monday, April

27, 2020, to file responsive pleadings to those filings.

THUS DONE AND SIGNED in Chambers, in Alexandria, Louisiana, this 8th day of

April, 2020.

_____
**UNITED STATES DISTRICT COURT JUDGE**