UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ROBERT PAUL TAYLOR #2491683          CASE NO.  1:17-CV-00882

VERSUS                               JUDGE DRELL

LASALLE MANAGEMENT CO ET AL          MAGISTRATE JUDGE PEREZ-MONTES

## ORDER

Considering the "Expedited Motion for Enlargement of Time to File Dispositive Motions" (Doc. 141) and the court having now ruled on the motion to amend, it is hereby

**ORDERED** that the motion for enlargement of time to file dispositive motions is **GRANTED** and that the January 15, 2020 deadline for filing dispositive motions is upset and that said deadline is extended to June 10, 2020.

**THUS DONE AND SIGNED** this __14__ day of April 2020, at Alexandria, Louisiana.

**DEE D. DRELL, JUDGE**
**UNITED STATES DISTRICT COURT**