## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**ROBERT PAUL TAYLOR #2491683**          **CASE NO.  1:17-CV-00882**

**VERSUS**                                               **JUDGE DRELL**

**LASALLE MANAGEMENT CO ET AL**          **MAGISTRATE JUDGE PEREZ-MONTES**

## ORDER

Before the court is plaintiff Robert Paul Taylor's motion in limine (Doc. 138) in which he seeks the exclusion of any and all unqualified evidence.  The motion is **DENIED as premature** as Taylor reserves objections to evidence which may or may not be presented at trial.  The court shall reserve ruling on each of the matters set forth in the motion for trial.

THUS DONE AND SIGNED this _15_ day of April 2020, at Alexandria, Louisiana.

_____
**DEE D. DRELL, JUDGE**
**UNITED STATES DISTRICT COURT**