**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ROBERT PAUL TAYLOR #2491683**          **CIVIL ACTION 1:17-CV-882**

**VERSUS**                               **JUDGE DRELL**

**LASALLE MANAGEMENT CO., ET AL.**       **MAG. JUDGE PEREZ-MONTES**

## O R D E R

On March 12, 2020, a **PROPOSED AMENDED COMPLAINT** was filed by the

plaintiff, Robert Paul Taylor. (Doc. #164) Leave of court is required for the filing of this amended

pleading. Mover failed to seek leave of court. Mover was notified of this deficiency on March 19,

2020, but has failed to correct it.

Accordingly,

**IT IS ORDERED** that the **PROPOSED AMENDED COMPLAINT** (Doc. #164) filed

by the plaintiff, Robert Paul Taylor, on March 12, 2020, be and is hereby stricken from the

record.

Alexandria, Louisiana, this 22nd day of April, 2020.

_____
**JOSEPH H.L. PEREZ-MONTES**
**UNITED STATES MAGISTRATE JUDGE**