a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ROBERT PAUL TAYLOR,                    CIVIL DOCKET NO. 1:17-CV-882-P
Plaintiff

VERSUS                                 JUDGE DRELL

LASALLE MANAGEMENT                     MAGISTRATE JUDGE PEREZ-MONTES
COMPANY, *ET AL.*,
Defendants

_____

MEMORANDUM ORDER

Before the Court are motions titled "Non-Dispositive Motion Submitted by Plaintiff" (ECF No. 139) and "Dispositive Motion Submitted by Plaintiff" (ECF No. 140) filed by *pro se* Plaintiff Robert Paul Taylor ("Taylor") (#107070).  Defendants Warden Keith Deville ("Deville"), Dr. Mark Singleton ("Singleton"), Ami Brunson ("Brunson"), and Lasalle Management Company, L.L.C. ("LMC") (collectively, "Defendants") oppose Taylor's motions.  ECF Nos. 147, 151.

Taylor's "Non-Dispositive Motion" (ECF No. 139) is actually a list of evidence that Taylor would presumably attempt to present at trial.  The "motion" does not seek any relief from the Court.

Taylor's "Dispositive Motion" (ECF No. 140) attempts to amend the Complaint and references Taylor's previous Motion to Amend (ECF No. 102), which the Court has denied (ECF No. 162).

To the extent Taylor seeks a ruling on the admissibility of the evidence outlined in his "Non-Dispositive Motion," IT IS ORDERED that the Motion (ECF No. 139) is

DENIED.  Additionally, because Taylor's "Dispositive Motion" seeking to amend his Complaint is repetitive, IT IS ORDERED that the Motion (ECF No. 140) is DENIED.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this 27th day of April 2020.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE