United States District Court
Western District of Louisiana
(Alexandria    Division)

Robert Paul Taylor

   versus

Lasalle Management Company, LLC, et Al

Civil Action No. 1:17-cv-882
Judge: Dee D. Drell
Magistrate Judge: J.H.L. Perez-Montes

## ORDER

Based on the foregoing motion,

IT IS ORDERED that Robert Paul Taylor's expedited motion for

Leave of Court to file Summons In A Civil Action, proof of service,

notice to parties / Counsel is hereby GRANTED.

THIS DONE AND SIGNED in Alexandria, Louisiana on this _____ day

of _____, 20___.

United States Magistrate Judge
Honorable J.H.L. Perez - Montes