c

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT PAUL TAYLOR,<br>Plaintiff | CIVIL ACTION NO. 1:17-CV-00882 |
| VERSUS | JUDGE DRELL. |
| LASALLE MANAGEMENT CO.,<br>*ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court are: (1) a Motion to Take Depositions (ECF No. 132) filed by pro se Plaintiff Robert Paul Taylor ("Taylor"); and (2) an Expedited Motion for Enlargement of Time to File Dispositive Motions ("Expedited Motion for Enlargement") (ECF No. 199) filed by Defendants Warden Keith Deville ("Deville"), Dr. Mark Singleton ("Singleton"), Ami Brunson ("Brunson"), and LaSalle Management Company, L.L.C. ("LMC") (collectively, "Defendants").

Due to previously unresolved discovery disputes and logistical concerns prior to and after the discovery deadline, Taylor seeks to depose Brunson and Kevin Self ("Self") outside of that deadline.  ECF No. 132.  Defendants do not oppose.  ECF No. 143.  Defendants also timely seek to extend the dispositive motion deadline of June 10, 2020 upon resolution of any pending motions before the Court.  ECF No. 199.

To the extent Taylor seeks to depose Brunson and Self, IT IS ORDERED that Taylor's Motion to Take Depositions (ECF No. 132) is GRANTED.  Taylor has until may conduct the depositions of Brunson and Self by video on or before July 3, 2020.

1

Defendants will cooperate with Taylor and detention center officials in scheduling and facilitating the deposition.  No additional discovery is authorized.

IT IS FURTHER ORDERED that Defendants' Expedited Motion for Enlargement (ECF No. 199) is GRANTED.  The deadline for all parties to file dispositive motions is July 17, 2020.  Opposition or reply deadlines will be set once any dispositive motions are filed.

IT IS FURTHER ORDERED that the current Pretrial Conference on Thursday, September 17, 2020 at 3:00 p.m. will remain in place.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 19th day of June, 2020.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE