**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

ROBERT PAUL TAYLOR                    CASE NO.  1:17-CV-00882

VERSUS                                JUDGE DRELL

LASALLE MANAGEMENT                    MAGISTRATE JUDGE PEREZ-MONTES
COMPANY, ET AL

## ORDER

The "Expedited Motion for Leave of Court to File Summons in a Civil Action" is hereby

REFERRED to the Magistrate Judge for consideration and disposition.

THUS DONE AND SIGNED this 26 day of June 2020, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT