**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ROBERT PAUL TAYLOR** | **CIVIL ACTION NO. 1:17-CV-882 - P** |
| **(#2491683)** | |
| | |
| **V.** | **JUDGE DRELL** |
| | |
| **LASALLE MANAGEMENT COMPANY, ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**ORDER**

Considering the foregoing motion;

IT IS HEREBY ORDERED that the EXPEDITED MOTION FOR ENLARGEMENT OF

TIME TO FILE DISPOSITIVE MOTIONS is GRANTED and that the July 17, 2020 deadline for

filing dispositive motions be upset and be reset to July 24, 2020.

THUS DONE AND SIGNED in Chambers, in Alexandria, Louisiana, this 17th day of

July, 2020.

_____
**HONORABLE JOSEPH H.L. PEREZ-MONTEZ**
**UNITED STATES MAGISTRATE JUDGE**