UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ROBERT PAUL TAYLOR                          CIVIL ACTION NO. 1:17-CV-882 - P
          (#107070)
                                        JUDGE DRELL

V.

                                       MAGISTRATE JUDGE PEREZ-
MONTES
LASALLE MANAGEMENT COMPANY,
ET AL

## ORDER

Considering the foregoing Motion For Leave to Seal Documents, it is:

ORDERED that Defendants, WARDEN KEITH DEVILLE, DR. MARK SINGLETON, AMI

BRUNSON, and LASALLE MANAGEMENT COMPANY, LLC, be granted leave to file

Memorandum In Support of Motion For Summary Judgment, attached exhibits, and Statement of

Uncontested Material Facts under seal.

THUS DONE AND SIGNED this _____27th_____ day of July, 2020, at Alexandria,

Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT