United States District Court
Western District of Louisiana
(Alexandria Division)

Robert Paul Taylor, 107070

Versus

Lasalle Management Company, LLC ET AL

Civil Action No. 1:17-cv-882
Judge: Dee D. Drell
Magistrate Judge: J.H.b. Perez-Montes

## ORDER

Considering the foregoing motion;

IT IS HEREBY ORDERED that the EXPEDITED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT is GRANTED and that the August 17, 2020 deadline for filing opposition be upset and that said deadline shall be reset by Order of the Court for August 31, 2020.

THUS DONE AND SIGNED in chambers, in Alexandria, Louisiana, this 25th day of AUGUST, 2020.

Honorable Joseph H.b. Perez-Montes
United States magistrate Judge
DISTRICT JUDGE