UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ROBERT PAUL TAYLOR                    CIVIL ACTION NO. 1:17-CV-882 - P
          (#107070)
                                      JUDGE DRELL

V.
LASALLE MANAGEMENT COMPANY,           MAGISTRATE JUDGE PEREZ-MONTES
ET AL

## ORDER

Considering the foregoing Motion for Leave to Exceed Page Limit and to Seal, it is:

ORDERED that Defendants, WARDEN KEITH DEVILLE, DR. MARK SINGLETON, AMI

BRUNSON, and LASALLE MANAGEMENT COMPANY, LLC, be granted leave to file

Memorandum In Opposition to Plaintiff's Motion For Partial Summary Judgment, attached exhibits,

and Statement of Material Facts under seal and to exceed the 25 page limit and to file a 27 page

Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment.

THUS DONE AND SIGNED this _____ day of August, 2020, at Alexandria,

Louisiana.


HONORABLE DEE D DRELL
UNITED STATES DISTRICT JUDGE