U.S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   SHREVEPORT

AUG 3 1 2020

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

United States District Court
Western District of Louisiana
(Alexandria Division)

Robert Paul Taylor, 107070

Versus

Lasalle Management Company, LLC
ET AL

Civil Action No. 1:17-cv-882
Judge: Dee D. Drell
Magistrate Judge: J.H. Perez-Montes

## ORDER

Considering the foregoing plaintiff's² Leave of Court to file motion for Partial Summary Judgment

IT IS HEREBY ORDERED that plaintiff, Robert Paul Taylor, be granted Partial Summary Judgment, all claims and Causes of action filed by plaintiff, Robert Paul Taylor, in the above entitled and numbered Case, at defendants² Costs.

THUS DONE AND SIGNED this ___ day of _____, 2020, at Alexandria, Louisiana.

Honorable DEE D. DRELL
United States DISTRICT JUDGE



Robert Paul Taylor, 107070
Bayou Correctional Center
196 Old Hwy. 65 South
Tallulah, Louisiana 71282

SHREVEPORT LA 710

28 AUG 2020 PM 1 L

X-RAYED

U.S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED SHREVEPORT

AUG 31 2020

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Clerk, united States District Court
Western District of Louisiana
U.S. Court House
300 Fannin Street, Suite 1167
Shreveport, Louisiana 71101-3083