## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**ROBERT PAUL TAYLOR #107070-1-F**

**CASE NO.  1:17-CV-00882**

**VERSUS**

**JUDGE DRELL**

**LASALLE MANAGEMENT CO ET AL**

**MAGISTRATE JUDGE PEREZ-MONTES**

### ORDER

The pretrial conference presently scheduled for September 17, 2020, has been **RESET** to a Zoom video conference on December 17, 2020, at 2:30 p.m.  Attendance of all parties shall be by video conference.  A separate email will be sent in advance of the conference.

THUS DONE AND SIGNED this 3rd day of September 2020, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT