**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

ROBERT PAUL TAYLOR                    CIVIL ACTION NO. 1:17-CV-882 - P
        (#2491683)

V.                                                         JUDGE DRELL

LASALLE MANAGEMENT COMPANY,     MAGISTRATE JUDGE PEREZ-MONTES
ET AL

<u>ORDER</u>

Considering the foregoing motion;

IT IS HEREBY ORDERED that the MOTION TO VIEW AND OBTAIN AND FOR

ENLARGEMENT OF TIME TO FILE REPLY is GRANTED and that the Defendants are hereby

allowed to view and obtain, or otherwise gain continuous access to the Plaintiff's Memorandum in

Opposition [Doc. 236], any attachments thereto, and the Exhibits re: Sealed Memorandum in

Opposition to Motion for Summary Judgment [Doc. 239], and that they be granted an additional

period of seven (7) days from the date of this Order, to file any reply to that Opposition.

THUS DONE AND SIGNED in Chambers, in Alexandria, Louisiana, this 2ND day of

SEPTEMBER, 2020.

HONORABLE JOSEPH H.L. PEREZ-MONTEZ
SENIOR UNITED STATES MAGISTRATE JUDGE
DISTRICT