UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ROBERT PAUL TAYLOR #107070-1-F         CASE NO.  1:17-CV-00882

VERSUS                                 JUDGE DRELL

LASALLE MANAGEMENT CO ET AL            MAGISTRATE JUDGE PEREZ-MONTES

### MEMORANDUM ORDER

Before the undersigned are two motions filed by *pro se* plaintiff, Robert Paul Taylor.  The first is a motion entitled "Leave of Court to [F]ile Plaintiff's Opposition to Defendant's Motion for Summary Judgment" (Doc. 233) and the second is a "Motion for Leave of Court to [F]ile [P]laintiff's Affidavit of Robert Paul Taylor" (Doc. 234).

It is unclear from either motion whether Taylor has additional briefing and/or an affidavit he wishes to file in the record as much of his motions appears consist of opposition to the motion for summary judgment and his affidavit is attached to the latter motion.  However, out of an abundance of caution, we will grant Taylor's request.  Accordingly, it is hereby

ORDERED that Taylor's motion for leave to file an opposition to the motion for summary judgment (Doc. 233) and motion to file his affidavit (Doc. 234) are GRANTED.  Taylor shall file any opposition or affidavit on or before October 2, 2020.

THUS DONE AND SIGNED this 22ND day of September 2020, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT