**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ROBERT PAUL TAYLOR** | **CASE NO.  1:17-CV-00882** |
| **VERSUS** | **JUDGE DRELL** |
| **LASALLE MANAGEMENT COMPANY, ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER

The Motion to Strike Exhibits (Doc. 263), Motion for Extension of Time (Doc. 266) and

Motion for Leave to File Excess Pages (Doc. 267) are hereby REFERRED to Magistrate Judge

Perez-Montes for consideration and disposition.

THUS DONE AND SIGNED this _____ day of October 2020, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT