UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ROBERT PAUL TAYLOR                          CIVIL ACTION NO. 1:17-CV-882 - P
       (#2491683)

V.                                          JUDGE DRELL

LASALLE MANAGEMENT COMPANY,                 MAGISTRATE JUDGE PEREZ-MONTES
ET AL

## ORDER

Considering the foregoing motion;

IT IS HEREBY ORDERED that the MOTION TO SET TIME TO RESPOND is GRANTED

and that any current deadline for responding to Plaintiff's Exhibit re: 226 Motion for Partial

Summary Judgment [Doc. 270] be upset and that the Defendants be given twenty-one (21) days from

the date the Court grants the Plaintiff leave to file that document/pleading, if leave is granted, to file

a response to it.

THUS DONE AND SIGNED in Chambers, in Alexandria, Louisiana, this 29th day of

October, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT