**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

ROBERT PAUL TAYLOR             **CIVIL ACTION NO. 1:17-CV-882 - P**
        **(#107070)**

                                   **JUDGE DRELL**

**V.**

                                   **MAGISTRATE JUDGE PEREZ-MONTES**

LASALLE MANAGEMENT COMPANY,
ET AL

## ORDER

Considering the foregoing  Motion for Leave of Court to File Reply to Memorandum in

Opposition to Motion to Strike Exhibits [Doc. 263], it is:

ORDERED that Defendants, WARDEN KEITH DEVILLE, DR. MARK SINGLETON, AMI

BRUNSON, and LASALLE MANAGEMENT COMPANY, LLC, be granted leave to file their

Reply to Memorandum in Opposition to Motion to Strike Exhibits.

SIGNED on Friday, November 13, 2020.

                                   **HONORABLE  JOSEPH H. L. PEREZ-MONTES**
                                   **UNITED STATES MAGISTRATE JUDGE**