UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ROBERT PAUL TAYLOR #107070-1-F         CASE NO.  1:17-CV-00882

VERSUS                                 JUDGE DRELL

LASALLE MANAGEMENT CO, ET AL           MAGISTRATE JUDGE PEREZ-MONTES

## ORDER

Before the court are plaintiff's: motion for defendant to provide all medical records (Doc. 253), motion to file pretrial stipulations (Doc. 256), motion for extension to file a response to defendants' motion for summary judgment (Doc. 266),  motion for leave to file excess pages in response to defendants' motion for summary judgment (Doc. 267), motion for leave to file a response to defendants' reply memorandum (Doc. 271), motion for leave to file a reply to defendants' statement of material facts (Doc. 272), and motion for leave to file deposition records (Doc. 273).  It is hereby

ORDERED that the motion to provide medical records (Doc. 253) is denied as MOOT as all records have been provided.  It is further

ORDERED that the motion for leave to file pretrial stipulations (Doc. 256) is DENIED as defendants have not agreed to any of the asserted stipulations.  It is further

ORDERED that the remaining motions (Docs. 266, 267, 271, 272) are DENIED.  Taylor was afforded several extensions of time to file documents pertaining to the pending motions for summary judgment.  The latest of those extensions was October 2, 2020, nearly three months after

the original deadline.

THUS DONE AND SIGNED this 23 day of November 2020, at Alexandria, Louisiana.


DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT