UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ROBERT PAUL TAYLOR #107070-1-F          CASE NO.  1:17-CV-00882

VERSUS                                  JUDGE DRELL

LASALLE MANAGEMENT CO, ET AL            MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons expressed in the court's memorandum ruling, also issued this day, it is hereby

**ORDERED** that Defendants' motion for summary judgment (Doc. 220) is **GRANTED** and Robert Paul Taylor's motion for partial summary judgment (Doc. 226) is **DENIED**. All federal claims asserted by Taylor are **DISMISSED with prejudice** and all state claims are **DISMISSED without prejudice**. It is further

The pretrial conference presently scheduled for December 17, 2020 at 2:30 p.m. is **CANCELLED**.

**THUS DONE AND SIGNED** this 23RD day of November 2020, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT