**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ROBERT PAUL TAYLOR**                                   **CASE NO.  1:17-cv-00882**

**-vs-**                                                              **JUDGE DRELL**

**LASALLE MANAGEMENT CO ET AL**        **MAGISTRATE JUDGE PEREZ-MONTES**

---

## ORDER

The Motion to Amend Judgment (DOC 288) is **DENIED**.  Even if the motion could be considered as timely, nothing in it contradicts the evidentiary analysis, findings and judgment granting Summary Judgment to defendants.

THUS, DONE in Chambers on this ____29th____ day of January, 2021.


**Dee D. Drell, Judge**
**United States District Court**