## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

ROBERT PAUL TAYLOR #107070-1-F           CASE NO.  17-cv-882

-vs-                                                JUDGE DRELL

LASALLE MANAGEMENT CO ET AL      MAGISTRATE JUDGE PEREZ-MONTES

### ORDER OF DISMISSAL

Having been advised of settlement of all claims in the above captioned matter,

**IT IS ORDERED** that this action is **DISMISSED**, without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this order, to reopen the action if settlement is not consummated.  **The Clerk is now requested to close this case.**

**IT IS FURTHER ORDERED** that the parties submit to the Court, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all applicable parties, together with a judgment, for execution by the court.

**IT IS FURTHER ORDERED** that all deadlines are hereby **CANCELLED.**

THUS DONE AND SIGNED this 28th day of April 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT